IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MELANIE LAYTON,<br><br>              Plaintiff,<br><br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., BANK OF AMERICA, N.A., SYNCHRONY BANK, COMENITY BANK, and DISCOVER FINANCIAL SERVICES, INC.,<br><br>              Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 4:20-cv-00029-DN<br><br>District Judge David Nuffer |

IT IS HEREBY ORDERED AND ADJUDGED THAT,

the Plaintiff's action against Defendants is DISMISSED with prejudice.

Signed May 3, 2021.

BY THE COURT:

_____
David Nuffer
United States District Judge